FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**FEB 16 2016**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | SA16 - 60M |
| v. | |
| STEVEN J. Corral | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _defense counsel_____, IT IS ORDERED that a detention hearing
is set for _FEBRUARY 17_____, _2016___, at _1:30_ ☐a.m. / ☒p.m. before the
Honorable _Douglas F. McCormick_____, in Courtroom _6B_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
_____*(Other custodial officer)*_____

Dated: ___2/16/2016_____

**DOUGLAS F. McCORMICK**

U.S. ~~District Judge~~/Magistrate Judge