FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 17 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SA16-60M |
| Steven J. Corral, DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of _defense counsel_____, IT IS ORDERED that a detention hearing is set for _Monday February 22_, _2016_, at _2:00_ ☐ a.m. / ☒ p.m. before the Honorable _Douglas F. McCormick_____, in Courtroom _6B_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: _2/17/2016_          _____DOUGLAS F. McCORMICK_____
                              U.S. ~~District Judge~~/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                                    Page 1 of 1